JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL POLINO<br><br>Plaintiffs,<br><br>vs.<br><br>4FRONT ENGINEERED SOLUTIONS AND SERCO INC. AND DOES 1-10<br><br>Defendants. | CASE NO. EDCV 16-428-GW(KKx)<br><br>ORDER |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered case be dismissed with prejudice.

DATED: July 1, 2016

_____
GEORGE H. WU, U.S. District Judge

RSC:et

1

_____
PROPOSED ORDER